**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CEDRIC GREENE**                                                                                  **PLAINTIFF**

**v.**                                       **Case No. 4:16-cv-00793-KGB**

**TERRI HARRIS, VICKI BROACH**                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this date, it is hereby ordered and adjudged that

plaintiff Cedric Greene's complaint is dismissed (Dkt. No. 2).  The relief requested is denied.

It is so adjudged this 1st day of December, 2016.

_Kristine G. Baker_

Kristine G. Baker
United States District Judge